### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONNA M. SCHUCHMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-11-1168-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the Commissioner of Social Security Administration's decision denying Plaintiff's application for disability benefits. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B). The parties fully briefed their respective positions and, on October 26, 2012, Judge Erwin filed a Report and Recommendation [Doc. No. 16] in which he recommended that the Commissioner's decision be reversed and remanded for further administrative proceedings.

In the Report and Recommendation, Judge Erwin advised the parties of their right to object to the findings and recommendations set forth therein, and he scheduled a November 13, 2012 deadline for filing objections. The Magistrate Judge also expressly cautioned the parties that a failure to object to the Report and Recommendation would constitute a waiver of the right to appeal the findings and conclusions contained therein. The deadline for filing objections has expired, and neither party has filed objections or sought an extension of time in which to do so.

Accordingly, the Report and Recommendation [Doc. No. 16] is adopted as though fully set forth herein. For the reasons set forth in the Report and Recommendation, the decision of the

Commissioner denying Plaintiff's application for benefits is reversed, and this matter is remanded for further administrative proceedings. Judgment shall enter accordingly.

IT IS SO ORDERED this 29th day of November, 2012.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE